AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

JIMMY M. STONE

   v.

MICHAEL J. ASTRUE, Commissioner
of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5742RJB/JRC

    __    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

   XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Magistrate Judge's Report and Recommendation (Dkt. 19) is **ADOPTED**; and

The ALJ's decision is **AFFIRMED**.


| October 7, 2009 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                              *s/CM Gonzalez*
                              Deputy Clerk